**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION**

**RONALD V. JACKSON, #268425**                                     **PLAINTIFF**

**VERSUS**                                   **CIVIL ACTION NO. 1:05cv304LG-RHW**

**CITY OF GULFPORT**                                            **DEFENDANT**

## FINAL JUDGMENT

This cause is before the court, *sua sponte*, for consideration of dismissal. Pursuant to the opinion and order issued this day,

IT IS HEREBY, ORDERED AND ADJUDGED that this cause be dismissed without prejudice.

**SO ORDERED AND ADJUDGED** this the 4th day of January, 2006.

                                                         s/ Louis Guirola, Jr.
                                                         LOUIS GUIROLA, JR.
                                                         UNITED STATES DISTRICT JUDGE